JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY W. FOOTE, | Case No. 2:20-cv-10573-SVW-AS |
| Plaintiff, | JUDGMENT |
| vs. | |
| THE BEVERLY HILLS HOTEL AND BUNGALOWS EMPLOYEE BENEFIT EMPLOYEE WELFARE PLAN, | |
| Defendant. | |

**It is Hereby Ordered, Adjudged and Decreed as Follows:**

The Court enters Judgment in favor of Henry Foote and against the Beverly Hills Hotel and Bungalows Employee Benefit Employee Welfare Plan ("the BHH Plan"). The Court Orders that the BHH Plan's denials of Mr. Foote's health care claims ("the Claims") over the period from November 1, 2019 and December 31, 2019 ("the Relevant Period") are overturned.

The BHH Plan is Ordered to pay, settle or otherwise resolve the Claims in such a way that Mr. Foote is free from any debt or obligation to the persons and entities who treated him or otherwise provided him with health care services over the Relevant Period ("the Providers").

///

The Providers and their representatives, who shall include but are not limited to:

- Cedars-Sinai Physicians Billing Service;
- Cedars Sinai Imaging Medical Group;
- Kindred Healthcare;
- Kansal, Inc.;
- Cedars-Sinai Medical Center;
- General Anesthesia Specialists Partnership;
- Beverly Hills Ambulance;
- Cedars-Sinai Physician Billing;
- Cedars Sinai Medical Care Foundation;
- CSMC Physicians Billing Services;
- CSMC Emergency Department Physicians;
- Los Angeles Center for Oral & Maxillofacial Surgery;
- Reliant Radiology Medical Group Inc,;
- Louis Volpicelli;
- AG Infectious Diseases;
- Robert Giombetti;
- California Medical Response Inc.;
- LabCorp; and
- Charles Moon,

are intended to be beneficiaries of this Judgment with standing to enforce their respective rights to payment for the medical services they rendered to Mr. Foote during the Relevant Period. The amount of unpaid medical bills is in excess of four million dollars and the BHH Plan must provide an appropriate bond or other security to protect the interests of Mr. Foote and the Providers prior to obtaining a Stay of this Judgment pursuant to Fed. R. Civ. Proc. 62.

As Mr. Foote has shown some degree of success on the merits in this litigation he may apply to the Court for an award of attorneys' fees and recovery of costs of action.

**It is So Ordered.**

Dated: August 26, 2022

_____
The Honorable Stephen V. Wilson
United States District Judge